In the Matter of the Arbitration between SAMUEL PARIS, Respondent, and HAROLD HERMAN et al., Appellants, and Others.— Order so far as appealed from unanimously modified so as to designate as arbitrator the person selected by the appellants and as so modified affirmed, with twenty dollars costs and

disbursements to the appellants. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.